**Order entered July 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01309-CV

**REWA C. HALTON, RODNEY G. HALTON & ALL OTHER OCCUPANTS, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-18-03485-A**

## ORDER

Before the Court is appellee's July 26, 2019 unopposed second motion for extension of time to file its response brief. Appellee seeks a forty-five day extension so that the parties may have an opportunity to settle the dispute.

We note appellants filed a corrected brief, as directed to do so, on July 22, 2019. We **GRANT** the motion and **ORDER** appellee to file either its brief or a status report no later than September 13, 2019.

/s/    ERIN A. NOWELL
        JUSTICE